**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**HOT SPRINGS DIVISION**

**MARKHAM BUNN**                                                                          **PLAINTIFF**

**vs.**                                          **Civil No. 6:19-cv-06109**

**ANDREW SAUL,**                                                                          **DEFENDANT**
**Commissioner, Social Security Administration**

## JUDGMENT

Comes now the Court on this the 25th day of August 2020, in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **REVERSED,** and remands this case for further consideration pursuant to sentence four of 42 U.S.C. §405(g).

If Plaintiff wishes to request an award of attorney's fees and costs under the Equal Access to Justice Act (EAJA) 28 U.S.C. §2412, an application may be filed up until 30 days after the judgement becomes "not appealable" i.e., 30 days after the 60-day time for appeal has ended.   *See Shalala v. Schaefer*, 509 U.S. 292, 296, 113 S.C. 2625 (1993); 28 U.S.C. §§ 2412(d)(1)(B), (d)(2)(G).

**IT IS SO ORDERED.**

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
U. S. MAGISTRATE JUDGE